## IN THE UNITED STATES DISTRICT COURT FOR THE
## SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| FUNG WAH BUS TRANSPORTATION, INC., on behalf of itself and all others similarly situated, | ) ) ) ) | Civil Action No. 08-6481 (LKP) |
| Plaintiff, | ) | |
| vs. | ) ) | **STIPULATION FOR** |
| RICON CORPORATION, ABC BUS, INC. And John Does ##1-50, | ) ) ) | **EXTENSION OF TIME** |
| Defendants. | ) | |

It is hereby stipulated and agreed, by and between the counsel below, that the time for defendant Ricon Corporation to answer, move against or otherwise respond to the Class Action Complaint in the above-entitled matter is extended to and including September 11, 2008.

Respectfully submitted,

   (with permission)   
Jennifer Freeman (JF 5021)
Freeman Lewis LLP
228 EAST 45TH STREET, 17TH FLOOR
New York, New York 10017
Telephone +212-980-4084
*Attorneys for Plaintiff*

   /s/ David A. Kochman   
David A. Kochman (DK1809)
REED SMITH LLP
1251 Avenue of the Americas
New York, NY 10020
Telephone: +212 521 5400
*Attorneys for Defendant*
*Ricon Corporation*

SO ORDERED

Dated:_____        _____
                                                                                              Judge, U.S.D.C.

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was served on the following counsel on this 7th day of August, 2008 by U.S. mail on:

Robert Lewis
Jennifer Freeman
Freeman Lewis LLP
228 East 45th Street, 17th Floor
New York, New York  10017

Kenneth Vianale
Vianale & Vianale LLP
2499 Glades Road, Suite 112
Boca Raton, FL  33431

ABC Bus, Inc.
1494 Federal Street
Camden, NJ  08105

/s/ David Kochman
David Kochman