UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
FUNG WAH BUS TRANSPORTATION, INC.,                Case No. 08 CIV 6481
on behalf of itself and all others similarly situated,   AFFIDAVIT OF SERVICE
                        Plaintiff,

        -against-

RICON CORPORATION, ABC BUS, INC.
and JOHN DOES # 1-50,
                        Defendants.
------------------------------------X
STATE OF NEW JERSEY )
                    ) s.s.:
COUNTY OF SOMERSET  )

   WILLIE MCBRIDE, being duly sworn deposes and says that he is over the age of eighteen, is an agent of KEATING & WALKER ATTORNEY SERVICE, and is not a party to this action.

   That on the 24th day of July, 2008, at approximately 1:38 p.m., deponent served a true copy of the Summons, Complaint, Civil Cover Sheet, Electronic Case Filing Rules & Instructions dated May 28, 2008, Rule 7.1 Statement, Individual Practices Rules of Judge Preska and the Individual Practices of Magistrate Judge Pittman upon ABC Bus, Inc. at 1494 Federal Street, Camden, New Jersey by personally delivering and leaving the same with Jennifer Stapleton, Coordinator, who informed deponent that she is authorized to accept service at that address.

   Jennifer Stapleton is a white female approximately 40 years of age, stands approximately 5 feet, 7 inches tall, weighs approximately 170 pounds with brown hair.

                                        Sworn to before me this
                                        28th day of July, 2007.

_____              _____
WILLIE MCBRIDE                          KAREN LEE SWICKLE
                                        Notary Public, State of New Jersey
                                        Commission Expires January 7, 2012