# HERZFELD & RUBIN, P.C.

ATTORNEYS AT LAW

40 WALL STREET

NEW YORK, NY 10005-2349

TELEPHONE: (212) 471-8500
FAX (212) 344-3333
WWW.HERZFELD-RUBIN.COM

USDC SDNY
DOCUMENT
ELECTRONICALLY FI
DOC #:
DATE FILED:

Sharon Schw
(212) 47
sschweidel@herzfeld-rub

August 7, 2008

## BY FACSIMILE TO (212) 805-7941

Hon. Loretta A. Preska
Judge, U.S. District Court
Southern District of New York
500 Pearl Street, Room 1320
New York, New York 10007

Re:    Fung Wah Bus Transportation, Inc. v Ricon Corporation, et al.
       Docket No. 08 civ 6481 (LAP)

Dear Hon. Madam:

This office has been asked to answer plaintiffs' complaint on behalf of defendant, ABC Bus, Inc. We received the complaint today and have learned that ABC Bus' defense is being tendered to Ricon Corporation and a determination has not yet been made as to whether or not ABC Bus has any insurance coverage for this matter.

I have spoken with Robert Lewis, counsel for plaintiffs, Fung Wah Bus Transportation and others similarly situated, and he has consented to an extension of time to answer the complaint. The summons was filed July 21, 2008. This is our first request for an extension of time within which to answer the plaintiffs' complaint.

Ricon Corporation has not yet appeared and no voluntary disclosure pursuant to Rule 26 has taken place. There are as yet no scheduled dates. On behalf of ABC Bus, Inc., I would request a 45-day extension to answer the complaint.

*So ordered*
*Loretta A. Preska*
*USDJ*
*August 11, 2008*

Respectfully,

*Sharon Schweidel*

Edward L. Birnbaum
Sharon Schweidel

cc:

Robert Y. Lewis, Esq.
Freeman Lewis LLP
228 East 45th Street – 17th Floor
New York, New York 10017
T: (212) 980-4084
F: (212) 980-4055