UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X

FUNG WAH BUS TRANSPORTATION, INC.,                    Case No. 08-CV-6481
on behalf of itself and all others similarly situated,

                                        Plaintiffs,

        -against-

RICON CORPORATION, ABC BUS, INC. and
JOHN DOES # 1-50,

                                        Defendants.          **AFFIDAVIT OF SERVICE**

------------------------------------------------------------X

STATE OF CALIFORNIA          )
                             :
COUNTY OF LOS ANGELES        )

_____Ken Melendez_____, being duly sworn, deposes and says that he/she is an agent of KEATING & WALKER ATTORNEY SERVICE, INC., is over the age of eighteen years and is not a party to the action.

        That on the _24_ day of July, 2008, at approximately _1:25_ a.m./p.m., deponent served a true copy of the **Summons; Complaint; Civil Cover Sheet; Court Rules for Electronic Filing (dated May 28, 2008); Rule 7.1 Statement; Individual Practices Rules of Judge Preska; Individual Practices of Magistrate Judge Pittman** upon Ricon Corporation at 7900 Nelson Road, Panorama City, CA 91402 by personally delivering and leaving the same with _Ross Buchele_, who stated that he/she holds the position of _Director of Operations_ and is authorized to accept service.

_Ross Buchele_ is a _Caucasian_ male/female, approximately _35_ years of age, is approximately _5_ feet and _8_ inches tall, weighs approximately _170_ pounds, with _brown_ hair.

Sworn to before me this
_24th_ day of July, 2008

                                                    _____
                                                    PROCESS SERVER

_____
NOTARY PUBLIC, STATE OF CALIFORNIA

MILAY VERA
COMM. # 1753808
NOTARY PUBLIC-CALIFORNIA
LOS ANGELES COUNTY
MY COMM. EXP. JUNE 26, 2011