IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: AUG 2 0 2008
```

| | |
|---|---|
| FUNG WAH BUS TRANSPORTATION, INC., on behalf of itself and all others similarly situated, <br><br>            Plaintiff, <br><br>vs. <br><br>RICON CORPORATION, ABC BUS, INC. And John Does ##1-50, <br><br>            Defendants. | Civil Action No. 08-6481 (LKP) <br><br><br><br><br>**STIPULATION FOR EXTENSION OF TIME** |

It is hereby stipulated and agreed, by and between the counsel below, that the time for defendant Ricon Corporation to answer, move against or otherwise respond to the Class Action Complaint in the above-entitled matter is extended to and including September 11, 2008.

Respectfully submitted,

_____
Jennifer Freeman (JF 5021)
Freeman Lewis LLP
228 East 45th Street, 17th Floor
New York, New York 10017
Telephone +212-980-4082
*Attorneys for Plaintiff*

_____
David A. Kochman (DK 1809)
REED SMITH LLP
1251 Avenue of the Americas
New York, NY 10020
Telephone: +212 521 5400
*Attorneys for Defendant Ricon Corporation*

SO ORDERED
Dated: AUG 2 1 2008

_____
Judge U.S.D.C.  U.S.D.J

Paul A. Crotty

Part I