UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
                                    :
FUNG WAH BUS TRANSPORTATION, INC.,  :    08 CV 6481 (LAP)
on behalf of itself and others      :
similarly situated,                 :
                                    :
                Plaintiff,          :
                                    :    SCHEDULING ORDER
    v.                              :
                                    :
RICON CORPORATION, ABC BUS, INC,    :
and JOHN DOES #1-50,                :
                                    :
                Defendants.         :
                                    :
------------------------------------X

LORETTA A. PRESKA, Chief United States District Judge:

    It is hereby

    ORDERED that the parties shall appear for a conference, by telephoning chambers, on Friday, September 18, 2009 at 2:00 P.M.

SO ORDERED

September 17, 2009

_____
Loretta A. Preska, Chief U.S.D.J.